AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Cherox, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 15-cv-1148 GAG |
| Tip Top Construction Corp. | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 03/27/2018.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 04/08/2022

MARIA ANTONGIORGI-JORDAN, ESQ.
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CHEROX INC.,

Plaintiff,

v.

TIP TOP CONSTRUCTION CORP.,

Defendant.

CASE NO. 15-1148 (GAG)

## JUDGMENT

Pursuant to this Court's Memorandum Opinion at Docket No. 77, Cherox's motion for summary judgment at Docket No. 60 is **GRANTED**. Tip Top's counterclaims are **DISMISSED** with prejudice. Judgment is hereby entered in favor of Cherox in the amount of $518,541.20.

**SO ORDERED.**

In San Juan, Puerto Rico this 27th day of March, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file.
MARÍA ANTONGIORGI-JORDÁN, ESQ.
U.S. District Court for the District of Puerto Rico
By: [signature]
Date: 04/08/2022